**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6691**

GEORGE CLEVELAND, III,

       Petitioner - Appellant,

    v.

STATE OF SOUTH CAROLINA,

       Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson. R. Bryan Harwell, District Judge. (8:17-cv-02922-RBH)

Submitted: November 29, 2018          Decided: December 4, 2018

Before DUNCAN and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

George Cleveland, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland, III, appeals the district court's order denying his motion to alter or amend a prior order dismissing Cleveland's notice of removal of his state court proceeding. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Cleveland v. South Carolina*, No. 8:17-cv-02922-RBH (D.S.C. May 7, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*